# Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

**MEMO ENDORSED**

March 30, 2022

Via ECF
Hon. Kenneth M. Karas
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE: Lebron v. Kijakazi
7:20 Civ. 9543 (KMK)(PED)

Dear Judge Karas:

I am writing to request an extension of time in which to file Plaintiff's Objections to the March 18, 2022 Report and Recommendation. See Docket # 22.

Due to an inordinate amount of work over the past two weeks, I have been unable to complete these papers. With the consent of opposing counsel, Daniella Calenzo, I respectfully request that the Court extend plaintiff's time to file Objections to the Report and Recommendation from April 1, 2022 to April 20, 2022.

Thank you for Your Honor's attention to this matter.

Granted.

So Ordered.
3/30/22

Respectfully submitted,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

cc: Daniella Calenzo, Esq.
Attorney for Defendant