UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR LEBRON,

                Plaintiff,                20 **CIVIL** 9543 (KMK)(PED)

      -against-                      **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 31, 2022, the Court has adopted Judge Davison's R&R. Plaintiff's Motion for Judgment on the Pleadings is denied and Defendant's Motion for Judgment on the Pleadings is granted. The final decision of the Commissioner is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         September 13, 2022

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                      **BY:**   *K. Mango*

                                          **Deputy Clerk**